

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                    No. 4:26-MJ-166

RANDALL CALHOUN STONE  (01)

## CRIMINAL COMPLAINT

I, Special Agent Lindsay Hogan, with the Federal Bureau of Investigation, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about March 3, 2026, **Randall Calhoun Stone**, the defendant, knowingly possess material, namely, an Amazon Basics 128 GB thumb drive, model LS21USB128G1, that contained images of child pornography as defined in 18 U.S.C. 2256(8)(A) that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce. Specifically, **Stone** possessed the following file:

| File Name | Description |
|---|---|
| BlairwolfBlair9 (BlairwolfBlair9) [2017-10-08 13-43-53] =OP= PRIVATE.ts | This 7-minute, 51-second video file depicts a minor female wearing a gray-and-white shirt without any underwear, exposing her vagina. The minor is inserting a blue and white electric toothbrush into her vagina. |

I further state I am a Special Agent with the Federal Bureau of Investigations (FBI), and that this complaint is based on the following facts gathered by me:

## INTRODUCTION

1.      I have been a Special Agent with the FBI since September 2021. During my time as a Special Agent, I have investigated cases involving computer-related criminal activity and violent crimes against children.

Criminal Complaint - Page 1 of 6

I am currently assigned to the FBI's Crimes Against Children Human Trafficking Task Force, in the Dallas- Fort Worth Division. As an FBI Special Agent, I am authorized to investigate violations relating to child exploitation and child pornography, including the production, transportation, receipt, distribution, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, as well as the enticement and coercion of minors, in violation of 18 U.S.C. § 2422(b), sex trafficking of children by force, fraud, or coercion, in violation of 18 U.S.C. §§ 1591 and 1594, and the transportation of minors with intent to engage in criminal sexual activity, a violation of 18 U.S.C. § 2423(a). I have gained experience in conducting these investigations through training and through everyday work, including executing search warrants and interviewing individuals who sexually exploit and abuse minors and who possess and trade child pornography. I have also received FBI training in the investigation and enforcement of federal child pornography laws in which computers and other digital media are used as a means for receiving, transmitting, and storing child pornography.

2.      As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States. During such investigations, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. I have been involved in many child exploitative investigations and am very familiar with the tactics used by child pornography offenders who collect and distribute child pornographic material and those who have contact sexual offenses with children.

Criminal Complaint - Page 2 of 6

3.      The statements contained in this affidavit are based on information provided by FBI Special Agents and other members of law enforcement; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a special agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that **Randall Calhoun Stone** did knowingly commit the offense described herein.

4.      I make this affidavit in support of a criminal complaint charging **Randall Calhoun Stone,** while in the Fort Worth Division of the Northern District of Texas, with a violation of 18 U.S.C. § 2252A(a)(5)(B), that is, possession of child pornography.

## FACTS SUPPORTING PROBABLE CAUSE

5.      On or about December 19, 2025, a detective with the Fort Worth Police Department acting in an undercover capacity (undercover employee or UCE) conducted an investigation into the sharing of child pornography files on a BitTorrent network[1] in

---

[1] The BitTorrent network is a peer-to-peer (P2P), file-sharing network that can be accessed by computers via compatible client (software) programs, such as BitTorrent and uTorrent.

Criminal Complaint - Page 3 of 6

an effort to locate users sharing files of suspected child sexual abuse material[2] on the
Internet. The UCE identified a computer on the network with the IP address
76.222.218.233 as a potential candidate (source) for at least 114 files of investigative
interest. The UCE's computer made a direct connection to the device at IP address
76.222.218.233. On December 19, 2025, between approximately 2015 hours and 2139
hours, 114 files were downloaded from the device at IP address 76.222.218.233. The
device at IP address 76.222.218.233 was the sole candidate for each download, and as
such, each file was downloaded directly from this IP address involving the upload of
suspected child sexual abuse material.[2]

      6.     A search of the American Registry for Internet Numbers (ARIN) online
database indicated that IP address 76.222.218.233 was registered to the Internet service
provider AT&T Enterprises, LLC.

      7.     On or about January 21, 2026, a detective with the Fort Worth Police
Department Internet Crimes Against Children Unit served an administrative subpoena to
AT&T Enterprises, LLC to obtain subscriber and billing information for the subscriber
using IP address 76.222.218.233 on December 19, 2025, at 20:15 hours CST. Results
from AT&T Enterprises, LLC revealed the IP address was assigned to an account
registered to **Randall Stone** at [redacted] Forest Cir, Willow Park, TX with an account
creation date of May 3, 2016.

---

[2] For purposes of this affidavit, "child sexual abuse material," or CSAM, has the same meaning as the
term "child pornography" as defined in 18 U.S.C. § 2256.

Criminal Complaint - Page 4 of 6

8.      On March 3, 2026, your Affiant and other law enforcement personnel
served a state search warrant at **Stone's** residence in Tarrant County, Texas. **Stone** was
present. **Stone** was advised of his *Miranda* rights, which he acknowledged
understanding, and he agreed to speak with investigators.

9.      **Stone** stated he lived at [redacted] Forest Cir. in Willow Park, Texas for
approximately 10 years. He admitted to downloading CSAM also for approximately the
last ten years to his desktop computer in the living room.

10.     During the search of the residence, an Amazon Basics 128 GB thumb drive,
model LS21USB128G1, was found next to the monitor of the desktop computer. An
internet search indicates that the Amazon Basics 128 GB thumb drive, model
LS21USB128G1 is manufactured in Taiwan. Fort Worth Police Department Detective
Cory Wright performed an on-scene preview of the thumb drive and observed numerous
personal documents belonging to **Stone**, to include a passport application and certificate
of completion for a training as well as numerous image and video files depicting child
pornography. One of the files is described as follows:

| File Name | Description |
|---|---|
| BlairwolfBlair9 (BlairwolfBlair9) [2017-10-08 13-43-53] =OP= PRIVATE.ts | This 7-minute, 51-second video file depicts a minor female wearing a gray-and-white shirt without any underwear, exposing her vagina. The minor is inserting a blue and white electric toothbrush into her vagina. |

11.     This file appears to depict a real child engaged in sexually explicit conduct,
and based on my training and experience, I submit that it meets the federal definition of
child pornography found in 18 U.S.C. § 2256.

Criminal Complaint - Page 5 of 6

## Conclusion

12.    Based on the foregoing facts and circumstances, there is probable cause to believe that on March 3, 2026, in the Northern District of Texas, **Randall Calhoun Stone**, knowingly possessed material that contained a video file of child pornography that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2252A(a)(5)(B).

13.    In consideration of the above, I respectfully request the Court issue a warrant authorizing the arrest of **Randall Calhoun Stone**.

Special Agent Lindsay Hogan
Federal Bureau of Investigation

Subscribed and sworn to before me on __3rd__ day of March 2026 at __1:44__ a.m./p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint - Page 6 of 6